UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CARDEN HEATING AND AIR, INC., | : | CASE NO. 07-68677-PWB |
| | : | |
| Debtor | : | JUDGE BONAPFEL |

**NOTICE OF PAYMENT OF FUNDS
INTO THE REGISTRY OF THE COURT**

COMES NOW Barbara B. Stalzer, Trustee of the above-named Estate, and hereby shows the Court as follows:

1.

In accordance with 11 U.S.C. Section 347(a), payment has been stopped on all checks of the Estate which remain unpaid, as identified in Paragraph 2. The total sum of the check(s) is **$2,574.61**

2.

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the last known name and address of the entity whose final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the Estate which has been paid into the Court is as follows:

| **CREDITOR'S NAME** | **AMOUNT** |
|---|---|
| ATLROC<br>600 North Point Parkway<br>Alpharetta, GA 3005<br>ATTN: Paula Ann King | $2,574.61 |

Respectfully submitted this 8th day of April, 2011.

_____/s/_____
Barbara B. Stalzer, Chapter 7 Trustee
Georgia Bar No.674236

60 Lenox Pointe, N.E.
Atlanta, GA 30324-3170
404-442-6933
barbara.stalzer@7trustee.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              :        CHAPTER 7
                                                    :
CARDEN HEATING AND AIR, INC.,                       :        CASE NO. 07-68677-PWB
                                                    :
   Debtor                                           :        JUDGE BONAPFEL


**CERTIFICATE OF SERVICE**


I hereby certify that a true and correct copy of the above *Notice of Payment of Funds into the Registry of the Court* was sent correctly addressed with proper postage by first class U.S. Mail to the following:

Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

ATLROC
600 North Point Parkway
Alpharetta, GA 30005
Attn: Paula Ann King

Elizabeth Lawler
Lowenstein Sandler, P.C.
65 Livingston Ave.
Roseland, N.J. 07068

This 8th day of April, 2011.

_____/s/_____
Barbara B. Stalzer, Chapter 7 Trustee
Georgia Bar No.674236

60 Lenox Pointe, N.E.
Atlanta, GA 30324-3170
404-442-6933
barbara.stalzer@7trustee.net